**People of the State of Illinois, Plaintiff-Appellee, v. Frank Dopak, Defendant-Appellant.**

**Gen. No. 69–34. (Abstract of Decision.)**

Second District.

October 6, 1969.

Kevin P. Connelly, Public Defender, of Wheaton, for appellant; William V. Hopf, State's Attorney, of Wheaton, for appellee. Opinion by PRESIDING JUSTICE MORAN. **Not to be published in full.**